```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

CADENCE BANK, N.A.,

      Plaintiff,

v.                                     Case No. 8:13-cv-840-T-33TGW

6503 U.S. HIGHWAY301, LLC,
ET AL.,

      Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 77) filed on July 10, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   Marsha G. Rydberg, Esq.
    **Address:**             201 N. Franklin St., Suite 1625
                               Tampa, FL 33602
    **Telephone:**          (813)221-2800

By agreement of the parties, the mediation conference is scheduled for **September 27, 2013, at 10:00 a.m.** at the offices of the mediator.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement

opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of July, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Marsha G. Rydberg, Esq.
          The Rydberg Law Firm, P.A,
          201 N. Franklin St., Ste. 1625
          Tampa, FL 33602